6000.0006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY HESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: CIV-12-057-SPS |
| v. ) | Judge Steven P. Shreder |
| ) | |
| CERTAIN UNDERWRITERS OF ) | |
| LLOYD'S, ) | |
| ) | |
| and ) | |
| ) | |
| FARMERS INSURANCE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Terry Hester, and Defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO CERTIFICATE NO. HC0011685-1002 (incorrectly sued herein as "CERTAIN UNDERWRITERS OF LLOYD'S") (hereinafter referred to as "Underwriters"), and file this Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(1)(1)(ii).

1. The affected parties are Plaintiff, Terry Hester, and Defendant Underwriters.

2. This case was filed in the United States District Court for the Eastern District of Oklahoma February 8, 2012.

3. Plaintiff, Terry Hester, and Defendant Underwriters participated in a mediation April 16, 2013, and reached a settlement agreement.

5. Plaintiff moves to dismiss the lawsuit as to Underwriters, but not as to Farmers Insurance Company, Inc.

6. Defendant Underwriters, who has answered, agrees to the dismissal.

7.      This case is not a class action.

8.      A receiver has not been appointed in this action.

9.      A proposed Order Of Dismissal With Prejudice has been transmitted to the intake e-mail for the assigned Magistrate Judge.

10.     Plaintiff has not dismissed an action based on or including the same claims as those presented in this lawsuit.

11.     This dismissal as to Underwriters is *with* prejudice.

Respectfully submitted,

| | |
|---|---|
| **BUCKMAN & GRAY,** *A Professional Corporation* | **BASS LAW FIRM** |
| s/Steven V. Buckman | s/Kevin H. Cunningham |
| Steven V. Buckman, OBA #10745 | Mr. Kevin H. Cunningham, OBA #22117 |
| 525 South Main Street, Suite 660 | Bass Law Firm, P.C. |
| Tulsa, Oklahoma 74103 | 201 Robert S. Kerr |
| Telephone: (918) 587-1525 | 10th Floor, Suite 1001 |
| Facsimile: (918) 587-1535 | Oklahoma City, Oklahoma 73102 |
| *Attorney for Defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO CERTIFICATE NO. HC0011685-1002* | Telephone: (405) 262-4040 |
| | Facsimile: (405) 262-4058 |
| | *Attorney for Plaintiff, Terry Hester* |

(Signed by Filing Attorney with permission of Plaintiff Attorney)