# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-12-57-SPS |
| | ) |
| CERTAIN UNDERWRITERS OF | ) |
| LLOYD'S and FARMERS | ) |
| INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Judgment is hereby rendered pursuant to Fed. R. Civ. P. 58(a) in favor of the Defendant Farmers Insurance Company, Inc. (Farmers), and against the Plaintiff Terry Hester on all claims asserted herein by the Plaintiff against Defendant Farmers.

**IT IS SO ORDERED** this 2nd day of April, 2014.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma